*Oliver J. Harper* for appellant.

*John G. Coleman* and *Philip J. O'Brien* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.

KATHERINE Z. FRY, Respondent, *v.* SAMUEL E. FRY, Appellant.

Argued November 19, 1952; decided January 8, 1953.

*Henry L. Bayles* for appellant.

*George Levitus, William A. Kirk* and *Edgar A. Kniffin* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.

In the Matter of ZOE C. TOUMANOFF, Respondent, against JOHN F. O'CONNELL et al., Constituting the State Liquor Authority, et al., Appellants.

Argued November 20, 1952; decided January 15, 1953.